**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**262 W. Nueva St., Suite 1-400**
**San Antonio, Texas 78207**

PHILIP J. DEVLIN
CLERK OF COURT

ANNETTE
FRENCH
CHIEF DEPUTY

January 8, 2025

Jodie Collins
6706 Crest Place
Live Oak, TX 78233

RE: Case #5:25-CV-00021-JKP

Dear Mr. Collins:

    Your Complaint was filed in our office on 1/6/2025 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

                    Sincerely,

                    By____dg_____
                        Deputy Clerk